UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60204-CIV-HUCK/O'SULLIVAN

WORLD DIAMOND SOURCE, INC.,

    Plaintiff,

v.

ZHANG, et al.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon a *sua sponte* review of the file. This action was filed on February 14, 2008, and, to date, there is no indication in the record that Defendants have been served. It is hereby

ORDERED AND ADJUDGED that on or before **Wednesday, June 18, 2008**, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and/or perfect service of process. Failure to show good cause will result in dismissal without prejudice.

DONE AND ORDERED in chambers, Miami, Florida, June __, 2008.

                                                PAUL C. HUCK
                                                United States District Judge

Copies furnished to:
Counsel of Record