UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60204-CIV-HUCK/O'SULLIVAN

WORLD DIAMOND SOURCE, INC.,

    Plaintiff,

vs.

CHARLES ZHANG, an individual, and
D CUT PRODUCTS, INC.,

    Defendants.
_____/

**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR PERFECT SERVICE OF PROCESS**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, World Diamond Source, Inc. (WDS) responds to the Court's June 11, 2008 Order to Show Cause as follows:

Defendants' counsel and WDS counsel are currently conducting settlement negotiations. A proposed Settlement Agreement has been drafted and the parties are finalizing the terminology of the Settlement Agreement. Plaintiff anticipates that the Settlement Agreement shall be finalized and submited within the next thirty days.

    Dated June 18, 2008

                                                          Respectfully submitted,

                                                          CHRISTOPHER & WEISBERG, P.A.

                                                          /s/ Jeffrey H. Kamenetsky
                                                          Jeffrey H. Kamenetsky, Esq.
                                                          Florida Bar Number: 114571
                                                          CHRISTOPHER & WEISBERG, P.A.

        200 East Las Olas Boulevard, Suite 2040
        Fort Lauderdale, Florida 33301
        (954) 828-1488 (Telephone)
        (954) 828-9122 (Facsimile)

*Attorneys for Plaintiff, World Diamond Source, Inc.*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being served via email and deposited with the United States Postal Service in First Class postage-paid envelopes this 18th day of June, 2008, addressed to:

        Kevin D. Erickson
        Pauley Petersen & Erickson
        2800 W. Higgins Road
        Suite 365
        Hoffman Estates, IL 60169
        p.847.490.1400
        f.847.490.1403
        kerickson@ppelaw.com

        *Attorneys for Defendants*

        /s/ Jeffrey H. Kamenetsky
        Jeffrey H. Kamenetsky, Esq.
        Florida Bar Number: 114571

111356