**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 08-60204-CIV-HUCK/O'SULLIVAN

WORLD DIAMOND SOURCE, INC.,

      Plaintiff,

vs.

CHARLES ZHANG, an individual, and
D CUT PRODUCTS, INC.,

      Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Notice is hereby given that all claims against all parties in this action have been resolved.

Any trials or other hearings in this matter may be stricken from the Court Calendar.  This notice

is being filed with the consent of all parties.

      Dated June 25, 2008

                              Respectfully submitted,

                              CHRISTOPHER & WEISBERG, P.A.

                              <u>/s/ Jeffrey H. Kamenetsky</u>
                              Jeffrey H. Kamenetsky, Esq.
                              Florida Bar Number: 114571
                              CHRISTOPHER & WEISBERG, P.A.
                              200 East Las Olas Boulevard, Suite 2040
                              Fort Lauderdale, Florida 33301
                              (954) 828-1488 (Telephone)
                              (954) 828-9122 (Facsimile)

                              *Attorneys for Plaintiff, World Diamond Source, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being served via email and deposited with the United States Postal Service in First Class postage-paid envelopes this <u>25</u><sup>th</sup> day of June, 2008 addressed to:

> Kevin D. Erickson
> Pauley Petersen & Erickson
> 2800 W. Higgins Road
> Suite 365
> Hoffman Estates, IL 60169
> p.847.490.1400
> f.847.490.1403
> <u>kerickson@ppelaw.com</u>
>
> *Attorneys for Defendants*

> <u>/s/ Jeffrey H. Kamenetsky</u>
> Jeffrey H. Kamenetsky, Esq.
> Florida Bar Number: 114571

112357