UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60204-CIV-HUCK/O'SULLIVAN

WORLD DIAMOND SOURCE, INC.,

    Plaintiff,

vs.

CHARLES ZHANG, an individual, and
D CUT PRODUCTS, INC.,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, World Diamond Source, Inc. hereby files its Notice of Voluntary Dismissal Without Prejudice of the Complaint filed against Defendants, Charles Zhang and D Cut Products, Inc.

    Dated June 25, 2008

Respectfully submitted,

CHRISTOPHER & WEISBERG, P.A.

/s/ Jeffrey H. Kamenetsky
Jeffrey H. Kamenetsky, Esq.
Florida Bar Number: 114571
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
(954) 828-1488 (Telephone)
(954) 828-9122 (Facsimile)

*Attorneys for Plaintiff, World Diamond Source, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being served via email and deposited with the United States Postal Service in First Class postage-paid envelopes this 25th day of June, 2008 addressed to:

>Kevin D. Erickson
>Pauley Petersen & Erickson
>2800 W. Higgins Road
>Suite 365
>Hoffman Estates, IL 60169
>p.847.490.1400
>f.847.490.1403
>kerickson@ppelaw.com
>
>*Attorneys for Defendants*

>/s/ Jeffrey H. Kamenetsky
>Jeffrey H. Kamenetsky, Esq.
>Florida Bar Number: 114571

112358