IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60204-CIV-HUCK/O'SULLIVAN

WORLD DIAMOND SOURCE, INC.,

    Plaintiff,

v.

ZHANG, et al.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Notice of Settlement filed on June 25, 2008, which indicates that the parties have reached a settlement agreement. Having been so notified and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE and ORDERED in Chambers at Miami, Florida this 26th day of June, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record