# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-60204-CIV-HUCK/O'SULLIVAN

WORLD DIAMOND SOURCE, INC.,

      Plaintiff,

v.

ZHANG, et al.,

      Defendants.

_____/

**CLOSED CIVIL CASE**

## AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon the parties' Notice of Voluntary Dismissal Without Prejudice filed on June 25, 2008, which indicates that the parties have reached a settlement agreement. The Court has reviewed the stipulation and is duly advised in the premises. The Court's previous Order of Dismissal (D.E. #8) dismissed the case with prejudice, however, the parties' stipulation calls for dismissal without prejudice. Therefore, it is hereby

ORDERED that the Court's previous Order of Dismissal (D.E. #8) is VACATED. It is further ORDERED that this action is now DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE in Chambers at Miami, Florida this 27th day of June, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record